Jeffrey L. Bornstein (SBN 99358)
Mikal J. Condon (SBN 229208)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 249-1000
Fax: (415) 249-1001
jeffrey.bornstein@klgates.com
mikal.condon@klgates.com

Attorneys for Defendant
MERIDIAN CAPITAL PARTNERS, INC.

Michael J. Korda (SBN 88572)
Lisa M. Schwantz (SBN 206777)
Katherine McDonough (SBN 241426)
KRAW & KRAW
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
Fax: (650) 314-7899

Attorneys for Plaintiffs B.A.C. LOCAL NO. 3 PENSION TRUST FUND and BOARD OF TRUSTEES OF B.A.C. LOCAL NO. 3 PENSION TRUST FUND

Peter R. Boutin (SBN 65261)
Christopher A. Stecher (SBN 215329)
KEESAL YOUNG & LOGAN PC
450 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 398-6000
Fax: (415) 981-0136
peter.boutin@kyl.com
christopher.stecher@kyl.com

Attorneys for Defendant
MERIDIAN DIVERSIFIED ERISA FUND, LTD.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

B.A.C. LOCAL NO. 3 PENSION TRUST FUND and BOARD OF TRUSTEES OF B.A.C. LOCAL NO. 3 PENSION TRUST FUND,

Plaintiffs,

vs.

MERIDIAN CAPITAL PARTNERS, INC., and MERIDIAN DIVERSIFIED ERISA FUND, LTD.

Defendants.

Case No. 09-CV-1277 (PJH)

**STIPULATION AND ~~[PROPOSED]~~ ORDER RESETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

On or about March 24, 2009, Plaintiffs B.A.C. LOCAL NO. 3 PENSION TRUST FUND, et al., filed a Complaint for Breach of Fiduciary Duty against Defendants in the above-captioned case. On or about June 8, 2009, Defendants timely filed Motions to Dismiss the complaint. The motions are scheduled to be heard by this Court on July 29, 2009, at 9:00 a.m.

In addition, on or about June 3, 2009, Defendants in this action, together with Defendants in other pending lawsuits in the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of Pennsylvania, and the United States District Court for the Southern District of Texas, filed a Motion to Transfer pursuant to 28 U.S.C. § 1407 seeking to have all pending cases coordinated and transferred to the Southern District of New York.

In light of the pending Motions to Dismiss and the Motion to Transfer, it is hereby stipulated by and between the parties to this action, subject to this Court's confirming Order, that the Initial Case Management Conference and ADR deadlines shall be vacated and reset on or after the Court rules on the Motion to Dismiss currently scheduled for July 29, 2009.

Dated: June 12, 2009

K&L GATES LLP

By: ______________________
Jeffrey L. Bornstein

Attorneys for Defendant MERIDIAN CAPITAL PARTNERS, INC.

Dated: June 12, 2009

KEESAL YOUNG & LOGAN

By: ______________________
Peter R. Boutin

Attorneys for Defendant MERIDIAN DIVERSIFIED ERISA FUND, LTD.

\\\\

\\\\

\\\\

Dated: June 11, 2009

KRAW & KRAW

By: [signature]
Michael J. Korda

Attorneys for Plaintiffs B.A.C. LOCAL NO. 3 PENSION TRUST FUND and BOARD OF TRUSTEES OF B.A.C. LOCAL NO. 3 PENSION TRUST FUND

**ORDER**

FOR GOOD CAUSE SHOWN, and based on the Stipulation of the parties, the dates set by this Court for the Initial Case Management Conference and ADR deadlines are vacated. New dates will be set on or after the hearing on Defendants' Motions to Dismiss currently scheduled for July 29, 2009.

IT IS SO ORDERED.

Dated: June 15, 2009

[signature]
Honorable Phyllis J. Hamilton
United States District Court Judge