PETER R. BOUTIN, CASB No. 65261
peter.boutin@kyl.com
CHRISTOPHER A. STECHER, CASB No. 215329
christopher.stecher@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:      (415) 398-6000
Facsimile:       (415) 981-0136

Attorneys for Defendant
MERIDIAN DIVERSIFIED ERISA FUND, LTD.

*Pursuant to Civil Local Rule 3-4(a)(1), please refer to the signature page for the complete list of parties represented on this Stipulation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.A.C. LOCAL NO. 3 PENSION TRUST FUND AND BOARD OF TRUSTEES OF B.A.C. LOCAL NO. 3 PENSION TRUST FUND,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>MERIDIAN CAPITAL PARTNERS, INC. AND MERIDIAN DIVERSIFIED ERISA FUND, LTD.,<br><br>　　　　　　　　　　Defendants. | Case No. CV 09-01277-PJH<br><br>AND ORDER VACATING<br>STIPULATION ~~AND [PROPOSED]~~ ORDER ~~RESETTING~~ HEARING ON DEFENDANTS' MOTIONS TO DISMISS, INITIAL CASE MANAGEMENT CONFERENCE AND ~~RELATED DEADLINES~~<br>AS MODIFIED BY THE COURT |

　　　　　WHEREAS, on March 24, 2009, Plaintiffs B.A.C. LOCAL NO. 3 PENSION TRUST FUND and BOARD OF TRUSTEES OF B.A.C. LOCAL NO. 3 PENSION TRUST FUND ("Plaintiffs") filed their Complaint in this matter (the "Complaint"); and

　　　　　WHEREAS, Plaintiffs effectuated service of the Complaint on Defendants MERIDIAN CAPITAL PARTNERS, INC. and MERIDIAN DIVERSIFIED ERISA FUND, LTD. (collectively "Defendants") on April 6, 2009; and

1   WHEREAS, Defendants timely filed Motions to Dismiss the Complaint on or about
2   June 8, 2009, and the Motions to Dismiss are scheduled for July 29, 2009; and

3   WHEREAS, an initial Case Management Conference in this matter is also scheduled
4   for July 29, 2009; and

5   WHEREAS, on or about June 3, 2009, Defendants in this action, together with
6   defendants in other pending lawsuits in the United States District Court for the Southern District of
7   New York, the United States District Court for the Eastern District of Pennsylvania, and the United
8   States District Court for the Southern District of Texas, filed a Motion to Transfer pursuant to 28
9   U.S.C. section 1407 seeking to have all pending cases coordinated and transferred to the Southern
10  District of New York; and

11  WHEREAS, the hearing on Defendants' Motion to Transfer before the Panel on
12  Multidistrict Litigation (the " MDL Panel") has been scheduled for July 30, 2009 in Portland, Oregon,
13  and the Parties do not anticipate a ruling from the MDL Panel until shortly after the hearing (and after
14  the currently-scheduled Case Management Conference and Motions to Dismiss before this Court);

15  NOW, THEREFORE, pursuant to Civ. L.R. 6-1(b), it is hereby stipulated by and
16  between the Parties to this action, subject to the Court's confirming Order, as follows:

17  1.   This case shall be stayed pending a final determination by the MDL Panel
18  whether to transfer this case to the Southern District of New York.

19  2.   The hearing on Defendants' Motions to Dismiss the complaint will be vacated.

20  3.   Plaintiff will not oppose Defendants' Motions to Dismiss unless the hearing on
21  Defendants' Motions to Dismiss is rescheduled before this Court.  If the hearing is rescheduled,
22  Plaintiff's Opposition and Defendants' Replies will by due in accordance with Civil Local Rule 7-3.

23  4.   Within 7 days of receiving a ruling from the MDL Panel, the Parties will notify
24  this Court of the ruling.  If the MDL Panel grants Defendants' Motion to Transfer, this matter will
25  remain stayed, and further proceedings will be conducted in accordance with the orders of the
26  assigned District Judge.  If the MDL Panel denies Defendants' Motion to Transfer, Defendants will
27  consult with this Court to reschedule the hearing on their Motions to Dismiss.

28  5.   The Initial Case Management Conference and related Rule 26 and ADR

1  deadlines will be vacated and reset pending the MDL Panel's ruling and, if applicable, this Court's
2  ruling on Defendants' Motions to Dismiss.
3  **IT IS SO STIPULATED.**
4  Dated: July 7, 2009                KRAW & KRAW

5                                     __/s/ Michael Korda_____
6                                     Michael Korda
                                       mkorda@kraw.com
7                                      605 Ellis Street, Suite 200
                                       Mountain View, CA 94043
8                                      Telephone:  (650) 314-7800

9                                      Attorney for Plaintiffs B.A.C. LOCAL NO. 3 PENSION
                                       TRUST FUND AND BOARD OF TRUSTEES OF
10                                     B.A.C. LOCAL NO. 3 PENSION TRUST FUND

11 Dated: July 7, 2009                K & L GATES LLP

12                                     ___/s/ Jeffrey L. Bornstein_____
13                                     Jeffrey L. Bornstein
                                       jeff.bornstein@klgates.com
14                                     Four Embarcadero Center, 12th Floor
                                       San Francisco, California 94111
15                                     Telephone:  (415) 882-8200

16                                     Attorney for Defendant MERIDIAN CAPITAL
17                                     PARTNERS INC.

18 Dated: July 7, 2009                KEESAL, YOUNG & LOGAN

19                                     ___/s/ Peter R. Boutin[1]_____
                                       Peter R. Boutin
20                                     Christopher A. Stecher
                                       Attorneys for MERIDIAN DIVERSIFIED ERISA
21                                     FUND, LTD.

22
23 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

24 DATED: __july 9_____, 2009       _____
25                                     HON. PHYLLIS J. HAMILTON
                                       UNITED STATED DISTRICT JUDGE
26 THE MOTION TO DISMISS (doc 21) IS ADMINISTRATIVELY TERMINATED PENDING THE
   STAY.  RE-NOTICING THE MOTION AFTER THE STAY IS LIFTED WILL REACTIVATE
27 MOTION.
   [1] I hereby attest that all parties to this Stipulation have signed this Stipulation as indicated by a
28 "conformed" signature (/s/) and that Keesal, Young & Logan has all holograph signatures in its files.